UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIKE M. KWOK,

                Petitioner,

       -against-                            **ORDER**

ALEJANDRO MAYORKAS, in his official capacity as       22 Civ. 331 (ER)
Secretary of the Department of Homeland Security;
TIMOTHY HOUGTON, in his official capacity as Director of
the New York Field Office of U.S. Citizenship and
Immigration Services; and SCOTT VELEZ, in his official
capacity as Deputy Director of the New York Field Office of
U.S. Citizenship and Immigration Services,

                Respondents.

RAMOS, D.J.

On January 13, 2022, Mike M. Kwok, *pro se*, brought this petition for a writ of mandamus against Alejandro Mayorkas, Secretary of the Department of Homeland Security; Timothy Houghton, Director of the New York Office of U.S. Citizenship and Immigration Services; and Scott Velez, Deputy Director of the New York Office of U.S. Citizenship and Immigration Services, alleging that their failure of over two years to adjudicate his immigration petitions submitted for his beneficiary wife was unreasonable and willful delay.  Doc. 1  On February 15, 2022, Kwok filed a letter with the Court requesting to withdraw this action because the Service Department had responded to his case.  Doc. 7.  The Court construes this as a request to dismiss the case and hereby dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).  The Clerk of Court is respectfully requested to close the case.

Dated: February 16, 2022
       New York, New York

                                                                                   EDGARDO RAMOS, U.S.D.J.